UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERTSON FIRE PROTECTION DISTRICT, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) )   Cause No. |
| DONALD D. MINER, | ) )   St. Louis County Circuit Court ) )   Cause No. 23SL-CC03840 |
| Defendant. | ) |

## AFFIDAVIT OF DONALD D. MINER

COMES NOW Donald D. Miner, being of the age of eighteen years or older, duly sworn upon his oath, and states as follows:

1. My name is Donald D. Miner. I am the Defendant in the lawsuit entitled *Robertson Fire Protection District v. Donald D. Miner*, which was originally filed in the St. Louis County Circuit Court, bearing Cause No. 23SL-CC0384.

2. While I was served with the Alias Summons in this case within the State of Missouri, I am a resident of the State of Arkansas, residing at 950 MC 160, Yellville, Arkansas 72687.

3. The address listed on the Alias Summons is for the fire station in Theodosia, Missouri, which is not my actual, physical residence.

Further Affiant Sayeth Naught.

_____
Donald D. Miner

**EXHIBIT**

1

On this \_\_5th\_\_ day of \_\_Jan.\_\_, 2024, before me, Cindy Gail Watson, a Notary Public in and for said state personally appeared Donald D. Miner, known to me to be the person who executed the within Affidavit and acknowledged to me that he executed the same for the purposes therein stated.

*Cindy Gail Watson*
Notary Public

My Commission Expires:

```
CINDY GAIL WATSON
NOTARY PUBLIC, NOTARY SEAL
STATE OF MISSOURI
St. Louis City
COMMISSION #  20334587
MY COMMISSION EXPIRES:  December 9, 2024
```

2