UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERTSON FIRE PROTECTION DISTRICT, | ) |  |  |
|---|---|---|---|
|  | ) |  |  |
| Plaintiff, | ) |  |  |
|  | ) |  |  |
| vs. | ) | Cause No. | 4:24-cv-00026-JAR |
|  | ) |  |  |
| DONALD D. MINER, | ) |  |  |
|  | ) |  |  |
| Defendant. | ) |  |  |

# *DEFENDANT'S EXHIBIT LIST*

COMES NOW Defendant Donald D. Miner, by and through his undersigned counsel, and for his Pre-Trial Compliance, submits the following Exhibit List:

**Will be Offered at Trial:**

Exhibit A

**May be Offered at Trial:**

Exhibits B-Z

| Exhibit No. | Bates/Exhibit Nos. | Description |
|---|---|---|
| A | MINER 000043 – 000045 | District Executed Contract/Employment Agreement with Defendant Don Miner |
| B | MINER 000001 | Employee Benefit Sick and Comp |
| C | MINER 000002 – 000008 | May 26, 2020, Board Meeting Minutes |
| D | MINER 00026 – 000027 | 2016 Tahoe receipts |
| E | MINER 000028 – 000030 | Accrued Leave of Don Miner as of May 7, 2020 |
| F | MINER 000031 – 000035 | Accrued Leave of Don Miner as of June 2, 2020 |

| | | |
|---|---|---|
| G | MINER 000036 | Accrued Vacation Time of Don Miner |
| H | MINER 000037 – 000040 | Receipts for iPad, MIFI Jetpack, Surface Pro Computer and iPhone |
| I | MINER 000046 – 000052 | Documents of staff car sales |
| J | MINER 000053 – 000055 | Employment Agreement Chief David J. Tilley |
| K | MINER 000056 | Tentative Agenda for Open Board Meeting September 11, 2023 |
| L | MINER 000057 | Letter from Sentinel to Don Miner Dated October 19, 2016 |
| M | MINER 000058 | Tentative Agenda for Open Board Meeting October 30, 2023 |
| N | MINER 000059 | Video from September 11, 2023 Board Meeting |
| O | MINER 000073 | Hazelwood City Council Meeting March 20, 2023 |
| P | MINER 000091 – 000102 | Regular Open Board Meeting September 11, 2023 |
| Q | MINER 000137 – 000199 | Exhibits 1-30 produced during the deposition of Kelly Harrington |
| R | MINER 000279 - 000280 | Signed affidavit of Dave Herman identified as Exhibit F in the deposition of Dave Herman |
| S<br>S-1 | MINER 000281 – 000318<br>MINER 000646 - 000650 | Videotaped deposition of Jennifer Guyton taken on December 5, 2023 |
| T<br>T-1 | MINER 000319 – 000466<br>MINER 000651 - 000655 | Videotaped deposition of Jennifer Guyton taken on April 18, 2024 |
| U<br>U-1 | MINER 000467 – 000523<br>MINER 000656 | Videotaped deposition of Dave Herman taken August 27, 2024 |
| V<br>V-1 | MINER 000524 – 000593<br>MINER 000657-000659 | Videotaped deposition of Suzette Stoyanov taken August 27, 2024 |
| W | MINER 000594 - 000643 | Deposition of Kelly Harrington taken March 26, 2024 |
| X | MINER 000060 – 000062 | "We're Listening and Learning" Article |
| Y | MINER 000200 – 000278 | Citizens to Save Package by Hazelwood & Fire Services |
| Z | MINER 000644 - 000645 | Email from Jennifer Guyton to all rank-and-file firefighters on September 14, 2023, Exhibit C |

| | | from Jennifer Guyton depo taken on April 18, 2024 |
|---|---|---|

Defendant reserves the right to adopt as exhibits any exhibits designated by Plaintiff. It further reserves the right to designate additional exhibits in response to ongoing discovery or further pleadings by Plaintiff. Such additional exhibits may include visual aids that cannot be determined until discovery in this case is completed.

/s/ Steven J. Hughes
Steven J. Hughes   #38968
HUGHES LAWYERS, LLC
Attorney for Defendant
PO Box 3718
Ballwin, Missouri 63022-3718
(314) 328-5770
Email:  steve@hugheslawyersllc.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 25th day of March 2025 to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 25th day of March 2025: **Mr. Paul Martin**, Attorney for Plaintiff, 9322 Manchester Road, St. Louis, Missouri 63119; Email: paul@paulmartinlaw.org; **Mr. Sean M. Elam and Mr. Elkin L. Kistner**, Attorneys for Plaintiff, 1406 North Broadway, St. Louis, Missouri 63102; Email: smelam@law-fort.com and elkinkis@law-fort.com.

/s/ Steven J. Hughes