# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERTSON FIRE PROTECTION DISTRICT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:24-cv-00026-JAR ) |
| DONALD D. MINER, | ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

In light of the parties' Joint Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [ECF No. 62],

**IT IS HEREBY ORDERED** that all pending motions in this action are **DISMISSED** as moot and the case is **CLOSED**.

Dated this 14th day of April, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE